UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALETRUS ALEXANDER

As Special Personal Representative of the
Estate of Monique Miller

    Plaintiff,

                                                          Docket No.:  1:14-cv-13675

v.

NANCY PADVAISKAS &
JOHN AND JANE DOE(S)

    Defendants.

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

       Plaintiff Aletrus Alexander hereby moves to amend her complaint pursuant to Fed. R. Civ. P. 15 and 17.  As grounds, Plaintiff commenced this action in her capacity as Special Personal Representative of the Estate of Monique Miller, her mother.  Plaintiff's temporary status as Special Personal Representative has been converted into the permanent status of Personal Representative.  Accordingly, Plaintiff moves to amend her complaint to reflect this change in her legal capacity.  The proposed Amended Complaint is attached as Exhibit A.

                                                    PLAINTIFF, ALETRUS ALEXANDER,
                                                    By her attorneys,

Dated:  January 12, 2015               /s/ John R. Bita III_____
                                                    John R. Bita III, Esq. (BBO #667886)
                                                    7 Liberty Square, Second Floor
                                                    Boston, Massachusetts 02109
                                                    (617) 758-8800
                                                    jrb@bitalaw.com

                                                    and,

                                                    /s/ Michael J. Bace____
                                                    Michael J. Bace, Esq. (BBO #669948)
                                                    BACE LAW GROUP, LLC

PO Box 9316  
Boston, MA 02114  
508-922-8328  
mjb@bacelaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the January 12, 2015 a copy of the foregoing document was filed electronically through the Court's ECF system and that counsel for all parties are registered users of the ECF system.

*/s/ John R. Bita III*